No. 750. LOCKE *v.* UNITED STATES. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. F. W. Fischer* for petitioner. *Solicitor General Reed, Assistant Attorney General Stephens,* and *Mr. Carl F. McFarland* for the United States.

No. 752. UNITED STATES EX REL. CHERAMIE *v.* FREUDENSTEIN, U. S. MARSHAL. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Hugh M. Wilkinson* and *John W. Harrell* for petitioner. *Solicitor General Biggs* and *Mr. Amos W. W. Woodcock* for respondent.

No. 753. TANNER ET AL. *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE Co. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. L. E. Heath* for petitioners. *Mr. B. G. O'Berry, Jr.,* for respondent.

No. 755. COMMERCIAL CASUALTY INSURANCE Co. ET AL. *v.* HOAGE, DEPUTY COMMISSIONER, ET AL. April 8, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Stanley H. Fischer, Frank H. Myers,* and *Norman Fischer* for petitioners. *Mr. Crandal Mackey* for respondents.

No. 762. CAIGAN ET AL. *v.* PLIBRICO JOINTLESS FIREBRICK Co. April 8, 1935. Petition for writ of certiorari